IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONTAVIOUS BERRY,          Plaintiff, | : : : | CIVIL RIGHTS 42 U.S.C. § 1983 |
| v. | : : | CIVIL ACTION NO. 1:14-CV-3832-WSD-ECS |
| ERIC SELLERS, et al.,          Defendants. | : : | |

**FINAL REPORT AND RECOMMENDATION**

This Court ordered Dontavious Berry to file an Amended Complaint no later than December 17, 2014, and advised him that failure to do so might result in the dismissal of this case. See [Doc. No. 4]. The Court further directed the Clerk to send Mr. Berry one copy of this Court's § 1983 complaint form, to assist him in preparing his Amended Complaint. See id. As of December 29, 2014, Mr. Berry had not filed an Amended Complaint.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE** because Mr. Berry failed to comply with a lawful court order. See LR 41.3A(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 30th day of December, 2014.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE